**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HOMER HENDRIX, III,**

                **Plaintiff,**

                                        **Case No.: 2:19-cv-1348**
**vs.**                                           **JUDGE GEORGE C. SMITH**
                                               **Magistrate Judge Vascura**

**OHIO DEPARTMENT OF**
**REHABILITATION AND**
**CORRECTIONS,** *et al.*,

                **Defendants.**

## <u>ORDER</u>

On May 30, 2019, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court dismiss Plaintiff's federal claims for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and dismiss Plaintiff's state-law claims without prejudice to filing in state court.  (*See Report and Recommendation*, Doc. 5).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed.  Plaintiff's federal claims are hereby dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.  Further, Plaintiff's state law claims are hereby dismissed without prejudice to filing in state court.

The Clerk shall remove Document 5 from the Court's pending motions list and close this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**